# *IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS*

| | |
|---|---|
| **MICHAEL S. SCOLES,** | ) |
| **Plaintiff,** | ) |
| -vs- | ) **NO. 04-cv-669-DGW** |
| **JO ANNE B. BARNHART,** Commissioner of Social Security, | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson on April 7, 2005, this matter is dismissed and remanded to the Commissioner of Social Security.

**DATED**: April 21, 2005

                                                   **NORBERT G. JAWORSKI, CLERK**

                                                   **BY: S/ Robin Butler**
                                                        **Deputy Clerk**

**Approved by: S/ Donald G. Wilkerson**
                      **United States Magistrate Judge**
                      **Donald G. Wilkerson**